No. 99–321. UNITED STATES EX REL. FOULDS *v.* TEXAS TECH UNIVERSITY ET AL.;
No. 99–365. UNITED STATES *v.* TEXAS TECH UNIVERSITY ET AL.; and

No. 99–513. TEXAS TECH UNIVERSITY ET AL. *v.* UNITED STATES EX REL. FOULDS ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 171 F. 3d 279.